EDWARD H. KUBO, JR.    #2499
United States Attorney

FLORENCE T. NAKAKUNI    #2286
Chief, Narcotics Section

CONSTANCE A. HASSELL    #3374
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 10 2003

at _____ o'clock and 3̶0̶ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00454 SOM |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. §§ 846, 841(a)(1), |
| vs. | ) | 841(b)(1)(B), 18 U.S.C. §2 ] |
| EDUARDO DIAZ, (01) | ) | |
|  aka "Ghetto," | ) | |
| HECTOR FERRER, (02) | ) | |
| CHRISTIAN VELANDIA, (03) | ) | |
| Defendants. | ) | |

INDICTMENT

SEALED
BY ORDER OF THE COURT

Count 1:

The Grand Jury charges that:

From a time unknown to the grand jury but at least from June 4, 2003, up through and including on or about June 20, 2003 in the District of Hawaii and elsewhere, defendants:

**EDUARDO DIAZ**, aka "Ghetto" (hereinafter "DIAZ"),
**HECTOR FERRER** (hereinafter "FERRER"),
**CHRISTIAN VELANDIA** (hereinafter "VELANDIA"),

and others known and unknown to the grand jury knowingly and intentionally conspired to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841 (a)(1).

Overt Acts:

In furtherance of this conspiracy and in order to attain the objectives thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about June 4, 2003, VELANDIA used a cellular telephone to place a call to 778-6677 to order a half ounce of methamphetamine to sell to an undercover police officer (UC) for the agreed upon price of $900.

2. On or about June 4, 2003, FERRER drove a car into the parking lot of 3251 N. Nimitz Highway with DIAZ and an unidentified woman as passengers. All three persons stayed in the car while UC approached the car, handed DIAZ $900 and retrieved approximately 13.95 grams of methamphetamine from DIAZ.

3. On or about June 6, 2003, while at 3251 N. Nimitz Highway, Honolulu, Hawaii, VELANDIA used a cellular telephone to

place a call to 778-6677 to order an ounce of methamphetamine to sell to UC for $1,800.

4. On or about June 6, 2003, DIAZ placed three calls from 778-6677 to UC to confirm the details of delivery of the methamphetamine.

5. On or about June 7, 2003, VELANDIA used a cellular phone to call 778-6677, spoke in Spanish, and then informed UC that the delivery person would arrive in ten to fifteen minutes.

6. On or about June 7, 2003, FERRER drove into the parking lot at 3251 N. Nimitz Highway and met with UC and VELANDIA; FERRER handed a bag containing approximately 27.69 grams of methamphetamine to VALENDIA, who handed it to UC.  UC then handed FERRER $1,800.

7. On or about June 7, 2003, VELANDIA accepted $20 from UC for his assistance in the transaction.

8. On or about June 7, 2003, after FERRAR left the parking lot at 3251 N. Nimitz, DIAZ placed a telephone call to UC to confirm that the transaction had been completed.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

### Count 2:

The Grand Jury further charges that :

On or about June 4, 2003, in the District of Hawaii, defendants EDUARDO DIAZ, aka "Ghetto," HECTOR FERRER, and

CHRISTIAN VELANDIA aided and abetted one another in knowingly and intentionally distributing five (5) grams of more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846, 841 (a)(1) and 841 (b)(1)(B), and Title 18, United States Code, Section 2.

### Count 3:

The Grand Jury further charges that :

On or about June 6, 2003, in the District of Hawaii, defendants EDUARDO DIAZ, aka "Ghetto," HECTOR FERRER, and CHRISTIAN VELANDIA aided and abetted one another in knowingly and intentionally distributing five (5) grams of more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846, 841 (a)(1) and 841 (b)(1)(B), and Title 18, United States Code, Section 2.

### Count 4:

The Grand Jury further charges that :

On or about June 20, 2003, in the District of Hawaii, defendant CHRISTIAN VELANDIA knowingly and intentionally distributed five (5) grams of more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled


substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(B).

DATED: September 10, 2003 at Honolulu, Hawaii

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

5