IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00454 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO |
| | ) | CONTINUE SENTENCING |
| vs. | ) | |
| | ) | Old Date: April 24, 2006 |
| HECTOR FERRER (02), | ) | |
| | ) | **New date:** |
| Defendant. | ) | **Date:   June 13, 2006** |
| | ) | **Time:   3:45 p.m.** |
| _____ | ) | **Judge:  Hon. Susan Oki Mollway** |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

On April 19, 2006, Defendant Hector Ferrer filed a Motion to

Continue Sentencing.  The court GRANTS the motion.  The sentencing hearing

previously set for April 24, 2006, is now set for **June 13, 2006, at 3:45 p.m**.

Further continuances are unlikely to be granted.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; April 20, 2006.



_Susan Oki Mollway_
Susan Oki Mollway
United States District Judge