ORIGINAL

**WARNING:** <u>THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING FILED ON AUGUST 22, 1990</u>

EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   2286
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:   florence.nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 14 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>HECTOR FERRER,   (02)　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　)<br>　　　　　　　　　　　　　　　)<br>_____) | CR. NO. 03-00454-02 SOM<br><br>MOTION FOR A DOWNWARD DEPARTURE; MEMORANDUM OF THE UNITED STATES IN SUPPORT OF ITS MOTION FOR A DOWNWARD DEPARTURE; CERTIFICATE OF SERVICE<br><br>Sentencing Date: 7/30/2006<br>Time:  2:15 p.m.<br>Judge:  Susan Oki Mollway |

<u>MOTION FOR A DOWNWARD DEPARTURE</u>

　　　Comes now, the United States of America, by and through its undersigned attorneys, the United States Attorney for the District of Hawaii, for a downward departure in the defendant's

UNSEALED BY ORDER OF THE COURT
DATE: JAN 0 8 2007

SEALED
BY ORDER OF THE COURT



sentencing range. This motion is made pursuant to 18 U.S.C. § 3553(e), § 5K1.1 of the Sentencing Guidelines and the attached memorandum.

DATED: July 12, 2006, at Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> By _____
> FLORENCE T. NAKAKUNI
> Assistant U.S. Attorney