CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/delivered to the following on July 14, 2006:

BIRNEY BERVAR, Esq.　　　　　　　　　　　　**Mailed**
1001 Bishop Street
Suite 1400
Honolulu, HI 96813

Attorney for Defendant
HECTOR FERRER

UNITED STATES PROBATION OFFICE　　　　　**Delivered**
300 Ala Moana Blvd.
U.S. Courthouse
Honolulu, Hawaii

DATED: July 14, 2006, at Honolulu, Hawaii.

_/s/ Patricia P. Redmond_