ORIGINAL

PETER B. CARLISLE 2209
Prosecuting Attorney
FRANKLIN D. PACARRO, JR. 4284
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii 96813
Ph:   547-7474
FAX: 547-7513
Attorneys for State of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 6 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HECTOR FERRER,<br><br>        Defendant. | CR. NO. 03-00454-SOM<br><br>APPLICATION REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM; EXHIBITS "A AND B" |

APPLICATION REGARDING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Franklin D. Pacarro, Jr., Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the physical custody of HECTOR FERRER from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials from time to time and as needed until the conclusion of State of Hawaii v. HECTOR FERRER, Criminal Nos. 01-1-1902 and 01-1-1905.

Defendant HECTOR FERRER is now detained in the custody of the United States Marshal Service, District of Hawaii, serving a 57-month federal term of imprisonment.

Defendant HECTOR FERRER has two outstanding Bench Warrants pending in the Circuit Court of the First Circuit, State of Hawaii, for failure to comply with his terms and conditions of probation.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter.  (See, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of HECTOR FERRER from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus ad Prosequendum filed on September 6, 2006, in the Circuit Court of the First Circuit, State of Hawaii (see, Exhibit "B").

Upon conclusion of State of Hawaii v. HECTOR FERRER, Criminal Nos. 01-1-1902 and 01-1-1905, Defendant HECTOR FERRER will be returned to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii:  September 6, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
FRANKLIN D. PACARRO, JR.
Deputy Prosecuting Attorney
City and County of Honolulu