5412958  Case 1:03-cr-00454-SOM   Document 84-2   Filed 09/06/2006   Page 1 of 1
US ATTORNEYS OFFIC                                          07:31:30 a.m.   09-01-2006   1/1

AUG-31-2006 THU 10:00 AM PROSECUTING ATTY MISD    FAX NO. 808 527 6471          P. 02

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

FIRST DEPUTY PROSECUTING ATTORNEY

August 31, 2006

Darren Ching,
  Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL**   # of pages ▶

To: June C. Koja   From: Darren Ching
Dept./Agency   Phone #

Fax # 527-6471   Fax #

NSN 7540-01-317-7368   5099-101   GENERAL SERVICES ADMINISTRATION

    RE:   State of Hawaii v. Hector Ferrer
           Criminal Nos. 01-1-1902 and 01-1-1905

Dear Ms. Nakakuni:

    I understand the above-named individual is currently in the custody of the federal government serving his federal sentence. The State of Hawaii has two cases involving the same individual and would like your approval to take custody of this person commencing on September 15, 2006 (or on a mutually agreed upon date coordinated with the U. S. Marshal Service, District of Hawaii). The individual will later be returned to the U. S. Marshal Service, District of Hawaii, on a mutually agreed upon date.

    Please sign below if you agree to this request and FAX a copy of this letter to **June C. Koja**, FAX no. 527-6471. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

    Thank you for your cooperation in this matter. If you have any questions, please call me at 527-6458 or June C. Koja at 527-6448.

Very truly yours,

Franklin D. Pacarro, Jr.
Deputy Prosecuting Attorney

APPROVED:

_____ AUG 3 1 2006
Darren Ching
Assistant United States Attorney

EXHIBIT "A"