PETER B. CARLISLE  2209
Prosecuting Attorney
FRANKLIN D. PACARRO, JR.  4284
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    547-7474
FAX:  547-7513
Attorneys for State of Hawaii

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 SEP -6  AM 10: 02

R. HIGA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE HECTOR FERRER,<br><br>Defendant. | S. P. NO. 06-1-0297<br>(Cr. Nos. 01-1-1902 and 01-1-1905)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE DERRICK H. M. CHAN, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Franklin D. Pacarro, Jr., Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.    That HECTOR FERRER has two cases in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal Nos. 01-1-1902 and 01-1-1905;

EXHIBIT "B"

2.  That in Criminal Nos. 01-1-1902 and 01-1-1905, Motions for Revocation of Probation and Resentencing were filed on October 28, 2003, in the Circuit Court of the First Circuit, State of Hawaii. Subsequently Bench Warrants were issued for the Defendant's arrest;

3.  That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4.  That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of HECTOR FERRER to State of Hawaii Officials on September 15, 2006; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.  execute the Bench Warrants in Criminal Nos. 01-1-1902 and 01-1-1905;

2.  retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

3.  bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit, at any time or times deemed necessary in the further proceedings of Criminal Nos. 01-1-1902 and 01-1-1905; and thereafter

4.  return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii: August 25, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
FRANKLIN D. PACARRO, JR.
Deputy Prosecuting Attorney
City and County of Honolulu

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii: SEP 0 5 2006

_____
DERRICK H. M. CHAN
Judge of the above entitled court