## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and

STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of HECTOR FERRER, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on September 15, 2006; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.   execute the Bench Warrants in Criminal Nos. 01-1-1902 and 01-1-1905;

2.   retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

3.   bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit, at any time or times deemed necessary in the further proceedings of Criminal Nos. 01-1-1902 and 01-1-1905; and thereafter

4.   return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Upon completion of the above, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable DERRICK H. M. CHAN, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this ___5___ day of ___September 2006___.

_____
R. ARASHIRO
Clerk, Circuit Court, First Circuit
State of Hawaii

_____
DERRICK H.M. CHAN
Judge of the Circuit Court
First Circuit, State of Hawaii

[SEAL: FIRST CIRCUIT COURT, STATE OF HAWAII]