PETER B. CARLISLE  2209
Prosecuting Attorney
FRANKLIN D. PACARRO, JR.  4284
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:   547-7474
FAX: 547-7513
Attorneys for State of Hawaii



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00454-SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING TEMPORARY |
| | ) | TRANSFER OF CUSTODY TO THE |
| v. | ) | STATE OF HAWAII REGARDING WRIT |
| | ) | OF HABEAS CORPUS AD |
| HECTOR FERRER, | ) | PROSEQUENDUM |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer from time to time and as needed the physical custody of Defendant HECTOR FERRER to State of Hawaii Officials, until the conclusion of State of Hawaii v. HECTOR FERRER,

Criminal Nos. 01-1-1902 and 01-1-1905. Upon the conclusion of the case, State of Hawaii Officials are to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated: 9-7-2006 at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. HECTOR FERRER
Cr. No. 03-00454-SOM
Order Granting Temporary Transfer
of Custody to the State of Hawaii Regarding
Writ of Habeas Corpus Ad Prosequendum