

U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

August 31, 2006

The Honorable Susan Oki Mollway
Judge of the U.S. District Court
  for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**Re:   FERRER, Hector**
       Reg. No. 90982-022
       Docket No. 1:03CR00454-002

Dear Judge Mollway:

   This is in response to the Court's recommendation that Hector Ferrer serve his term of confinement at the Federal Detention Center in Honolulu, Hawaii. The Court also recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Ferrer was sentenced in your court to a 57-month term for Conspiracy to Possess with Intent to Distribute Methamphetamine.

   Unfortunately, we were unable to follow all of the Court's recommendations. Mr. Ferrer has been classified as a medium security level offender. The facility recommended by the Court is an administrative security level facility primarily housing pretrial inmates. Accordingly, Mr. Ferrer has been designated to the medium security level facility in Sheridan, Oregon, where the RDAP is available. Staff there will encourage Mr. Ferrer to participate in the RDAP, if determined eligible under the established program criteria.

   Although we were unable to follow all of the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                              Sincerely,

                              Rebecca Tamez
                              Chief

mbp
cc:   Warden, FCI Sheridan