ORIGINAL

EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Chief, Major Crimes Section

DARREN W.K. CHING           #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

LODGED JAN 05 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 0 8 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00454-02 SOM |
| Plaintiff, | ) |
| | ) EX PARTE MOTION TO UNSEAL |
| | ) THE UNITED STATES' MOTION FOR |
| vs. | ) DOWNWARD DEPARTURE; ORDER |
| | ) GRANTING EX PARTE MOTION TO |
| HECTOR FERRER, (02) | ) UNSEAL UNITED STATES' MOTION |
| | ) FOR DOWNWARD DEPARTURE |
| Defendant. | ) |

EX PARTE MOTION TO UNSEAL
UNITED STATES' MOTION FOR DOWNWARD DEPARTURE

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order unsealing the United States' Motion for Downward Departure in the above-entitled matter on the ground that pursuant to the plea agreement in the above-entitled matter, the defendant Hector Ferrer will be testifying as a witness in United States v. Silver Jose Galindo, Cr. No. 04-00053 DAE, and said motion will be provided to the defendant as Gigilio material.

This Motion is based on the records and files of this case and those of Cr. No. 04-00053 DAE.

DATED: Honolulu, Hawaii, _____JAN 0 5 2007_____.

                                               EDWARD H. KUBO, JR.
                                               United States Attorney
                                             District of Hawaii

                                             By /s/ Darren W. K. Ching
                                               DARREN W. K. CHING
                                             Assistant U.S. Attorney

                                             Attorneys for Plaintiff
                                             UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00454-02 SOM |
| Plaintiff, | ) ORDER GRANTING EX PARTE<br>) MOTION TO UNSEAL UNITED |
| vs. | ) STATES' MOTION FOR DOWNWARD<br>) DEPARTURE |
| HECTOR FERRER, (02) | ) |
| Defendant. | ) |

ORDER GRANTING EX PARTE MOTION TO UNSEAL
UNITED STATES' MOTION FOR DOWNWARD DEPARTURE

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Unseal United States' Motion for Downward Departure, and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States' Motion for Downward Departure in regard to the above-entitled matter be unsealed.

DATED: Honolulu, Hawaii, 1/5/07.

SUSAN OKI MOLLWAY
U.S. District Court Judge
District of Hawaii