AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| CASE NUMBER: | 1:03CR00454-002 SOM | Judgment - Page 2 of 6 |
|---|---|---|
| DEFENDANT: | HECTOR FERRER | |



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FIFTY SEVEN (57) MONTHS .

[✔]   The court makes the following recommendations to the Bureau of Prisons:
1) FDC Honolulu; 2) Vocational and Educational Programs; 3) 500 Hour Comprehensive Drug Treatment Program.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

[✔]   The defendant is remanded to the custody of the United States Marshal.

JAN 0 8 2007

at 4 o'clock and 15 min. P M
SUE BEITIA, CLERK

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __12-27-06__ to __FDC Honolulu__
at __Honolulu, HI__ , with a certified copy of this judgment.

_John T Rathman_
WARDEN ~~UNITED STATES MARSHAL~~

By _W. Tsai_
LTE ~~Deputy U.S. Marshal~~