CORRESPONDENCE



U. S. Department of Justice

Federal Bureau of Prisons

---

Office of the Warden

Federal Detention Center
P.O. Box 30547
Honolulu, HI 96820

February 20, 2007

The Honorable Susan Oki Mollway
United States District Judge
District of Hawaii
300 Ala Moana Blvd
Honolulu, HI 96850

RE: FERRER, Hector
REG. NO. 90982-022
DOC. NO. 1:03CR00454-002

Dear Judge Mollway:

Thank you for your recommendation concerning Hector Ferrer, an inmate currently confined at the Federal Detention Center in Honolulu, Hawaii. On the Judgement and Commitment Order, you recommend that he participate in the 500 hour Residential Drug Abuse Program (RDAP), vocational training, and educational programs.

Inmate Ferrer is serving the remainder of a 57 month sentence and is projected for release on January 8, 2008. As a result, he has insufficient time remaining on his sentence to be transferred for participation in the RDAP. In response to inmate Ferrer's need for drug education, however, he will be referred for participation in the 40-hour drug education class and other non-residential drug treatment programs that we offer at this facility. Although we do not presently offer vocational training at FDC Honolulu, we will recommend that he participate in one of the adult continuing education programs that we offer.

During his initial classification, his unit team advised him of your recommendations and will ensure that he is actively enrolled in available programs. Regular program reviews by his unit team will ensure he completes drug and educational programs prior to his release from custody.

We appreciate the Court's recommendation and will be pleased to discuss this matter with you, should you desire. Please feel free to contact me at 838-4370.

Sincerely,

John T. Rathman
Warden

FEB 2 6 2007