IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00454-02 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | MOTION PURSUANT TO RULE 35(b) OF |
| vs. | ) | THE FEDERAL RULES OF CRIMINAL |
| | ) | PROCEDURE |
| HECTOR FERRER, (02) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING GOVERNMENT'S MOTION PURSUANT TO
RULE 35(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Having been informed that Defendant Hector Ferrer is in agreement with the Government's Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, the court grants the Motion. Defendant Hector Ferrer's supervised release term is reduced from four years to two years.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 29, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge